# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **AMERICAN CONTRACTORS INDEMNITY COMPANY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**PARAMOUNT COMPANIES LLC,** *et al.*, )<br>)<br>**Defendants.** ) | **Case No. 5:21-cv-680-LCB** |

## FINAL JUDGMENT

In accordance with the order entered contemporaneously with this filing, judgment is entered in favor of Plaintiff American Contractors Indemnity Company and against Defendants Paramount Companies LLC, Latreuo Real Estate LLC, Joseph Ryan Hayes, and Rachel Kay Hayes, separately and severally, in the amount of $444,854.50. The Clerk of Court is directed to docket this filing as a final judgment pursuant to Federal Rule of Civil Procedure 58 and to close this case.

**DONE** and **ORDERED** December 22, 2021.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE