# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **AMERICAN CONTRACTORS INDEMNITY COMPANY,** ) ) ) **Plaintiff,** ) ) **v.** ) ) **PARAMOUNT COMPANIES LLC,** *et al.*, ) ) ) **Defendants.** ) | Case No. 5:21-cv-680-LCB |

## SECOND AMENDED FINAL JUDGMENT

Due to a clerical mistake in the Court's December 22, 2021 final judgment, and in accordance with Federal Rule of Civil Procedure 60(a), the Court enters the following amended final judgment:

Judgment is entered in favor of Plaintiff American Contractors Indemnity Company and against Defendants Paramount Companies LLC, Latreuo Real Estate LLC, Joseph Ryan Haynes, and Rachel Kay Haynes, separately and severally, in the amount of $444,854.50. The Clerk of Court is directed to docket this filing as an amended final judgment pursuant to Federal Rule of Civil Procedure 58 and to close this case.

2

**DONE** and **ORDERED** September 15, 2022.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE